UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STEVE ONIEL STEPHENS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:19-CV-3185 NCC |
| ACADEMI CO., et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On December 4, 2019, the Court ordered plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff has failed to respond to the Order to Show Cause.[1] For the foregoing reasons, this matter will be dismissed for lack of jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

### The Civil Complaint

Plaintiff filed this action on December 2, 2019, against defendants Academi Corporation, Lieutenant Sarah Unknown, Commander Edward Unknown and Commander Scott Unknown. He states that defendant Academi Corporation is located in Reston, Virginia, but he has not identified the citizenship of the corporation. Plaintiff has not identified the citizenship of the other defendants in this action.

Plaintiff's allegations in his complaint are as follows:

Academi Corporaton: Academi Corporation is not providing information about
my entitlement to a trust after hiring them to properly locate information needed
to claim my rightful ownership of the trust. Arguing over legal custody for a trust.

---

[1] Plaintiff filed a motion for appointment of counsel on January 13, 2020.

For relief in this action, plaintiff seeks "release [of] information needed to claim [his] stake in a trust" and proof of power of attorney.

## Discussion

Federal courts are courts of limited jurisdiction. The Court has jurisdiction to hear cases involving the Constitution, laws, or treaties of the United States under 28 U.S.C. § 1331, and the Court can hear cases where diversity jurisdiction exists under 28 U.S.C. § 1332. The instant action does not arise under the Constitution, laws, or treaties of the United States, so federal question jurisdiction pursuant to 28 U.S.C. § 1331 is inapplicable. Therefore, the Court may only hear this case if diversity jurisdiction exists.

There is no indication that diversity exists in this case. Plaintiff has not identified the citizenship of the four defendants in this case, nor has he alleged that the amount in controversy exceeds $75,000. As a result, this Court lacks jurisdiction over the matter at hand, and this matter will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED** for lack of subject matter jurisdiction. *See* Fed.R.Civ.P.12(h)(3).

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #6] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

**A separate Order of Dismissal will accompany this Memorandum and Order.**

Dated this 23rd day of January, 2020.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE